UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMOTHY FENSTERMACHER,

    Plaintiff,               No. 1:08-cv-1447 SKO (PC)

    vs.

SAMUEL MORENO, et al.,

    Defendants.          ORDER

                                   /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at California State Prison, Solano (SOL) on December 15, 2010.  A separate order and writ of habeas corpus ad testificandum will issue with this order.

      In accordance with the foregoing,  IT IS HEREBY ORDERED that:

          1. This case is set for a settlement conference before Magistrate Judge Nandor J. Vadas on December 15, 2010, at 1:00 p.m. at California State Prison, Solano, 2100 Peabody Road, Vacaville, CA 95696;

          2. Parties shall appear with full settlement authority; and

          3. The parties are to submit confidential settlement conference statements to

1

1 | Judge Vadas at USDC CAND, 514 H Street, Eureka, CA 95501, or via email at

2 | NJVpo@cand.uscourts.gov  to be received by Judge Vadas by no later than December 3, 2010.

5 | IT IS SO ORDERED.

6 | **Dated:    September 21, 2010**                    /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE