# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY FENSTERMACHER, | CASE NO. 1:08-cv-01447-SKO PC |
| Plaintiff, | STIPULATED DISMISSAL AND ORDER |
| v. | |
| SAMUEL MORENO, et al., | |
| Defendants. | |

Plaintiff Timothy Fenstermacher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 16, 2010, Plaintiff Timothy Fenstermacher and Defendants Samuel Moreno and Ruben Robles ("Defendants") stipulated to dismissal of this entire action, with prejudice. (Doc. #80.)

Accordingly, it is HEREBY ORDERED that pursuant to Rule 41(a)(1)(A)(ii), this action shall be dismissed with prejudice as to all Defendants.

IT IS SO ORDERED.

**Dated:   December 17, 2010**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

1